# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE M. GORE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-2802-S-BN |
| | § | |
| CITY OF DESOTO, TEXAS, et al. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Terrence M. Gore leave to proceed *in forma pauperis* and **ORDERS** that he pay the $405 filing fee within **21 days** of this order. If he does not, the Court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

**SO ORDERED.**

SIGNED November 4, 2025.

**UNITED STATES DISTRICT JUDGE**